KATHERINE JOHNSON (CA SBN 259854)
CASPER J. RANKIN (CA SBN 249196)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATE FOR WMALT 2006-AR4 TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 09-71326 |
|---|---|
| DANIEL GEORGE MCLORIN, | Chapter 7 |
| Debtor(s). | R.S. No. CJR-446 |
| | CERTIFICATE OF SERVICE |

I, Michael Velasco, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200 San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On February 19, 2010, I served the [proposed] ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 19, 2010, at San Diego, California.

/s/ Michael Velasco
MICHAEL VELASCO

# SERVICE LIST

**DEBTOR(S)**

Daniel George McLorin
433 Perkins Street #305
Oakland, CA 94610

**DEBTOR(S) ATTORNEY**

Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**CHAPTER 7 TRUSTEE**

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604