Entered on Docket
February 22, 2010
GLORIA L. FRANKLIN, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 22, 2010

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____



1 KATHERINE JOHNSON (CA SBN 259854)
CASPER J. RANKIN (CA SBN 249196)
2 JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN, LLP
3 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 Facsimile: (619) 590-1385

7 Attorneys for JPMORGAN CHASE BANK, NA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DANIEL GEORGE MCLORIN,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-71326<br><br>Chapter 7<br><br>R.S. No. CJR-447<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:    February 05, 2010<br>TIME:    11:00AM<br>CTRM:    201<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on February 5, 2010, at 11:00 AM, in Courtroom 201, upon the Motion of JPMorgan Chase Bank, NA ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Daniel George McLorin ("Debtor") commonly known as 961 Palmer Avenue, San Pablo, California 94806 (the "Real Property"), which is legally described as follows:

/././

> The west 22.5 feet, front and rear measurements, of Lot 19, and the East 18 feet, right angle measurements, of Lot 20, Block 1, Map of Broadway Addition, filed September 10, 1914, Map Book 12, Page 264, Contra Costa County Records.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Daniel George McLorin
433 Perkins Street #305
Oakland, CA 94610

Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610
Debtor Attorney

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604
Chapter 7 Trustee

Bank of America
c/o Managing or Servicing Agent
P.O. Box 53150
Phoenix, AZ 85072

- 3 -